UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
~~Southern District of Texas~~

**ENTERED**

June 13, 2017

David J. Bradley, Clerk

Phillip Delasbour, §
§
        Plaintiff, §
§
versus §                    Civil Action H-17-257
§
RBEX, Inc., *et al.*, §
§
        Defendants. §

## Conditional Dismissal

1.    Having been advised that a settlement has been reached, the court dismisses
      this case with prejudice except that the parties may move for reinstatement by
      August 11, 2017.

2.    This court retains jurisdiction to enforce the settlement.

Signed on June ⎽13⎽, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge